IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE WILSON,<br><br>             Plaintiff,<br><br>       vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al.,<br><br>             Defendants.<br>_____/ | 1:09-cv-01577 SMS (PC)<br><br>ORDER DIRECTING CLERK TO CORRECT DOCKET TO REFLECT ONLY ONE PLAINTIFF IN THIS ACTION, ROBERT LAWRENCE WILSON |

This case is a pro se prisoner civil rights action brought pursuant to 42 U.S.C. § 1983. The complaint was filed on August 31, 2009, at the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1.) On September 8, 2009, the case was transferred to the Fresno Division of the Eastern District. (Doc. 3.)

When this case was opened, the Clerk entered two plaintiffs' names on the court's docket, Robert Lawrence Wilson ("Wilson") and Jennifer E. Nickerson ("Nickerson"). <u>See</u> Court Docket. However, it is clear from a review of the complaint and other case documents that Wilson is the sole plaintiff in this action, and Nickerson's name should not have been entered as a plaintiff.

Wilson is a state prisoner incarcerated at the Golden State Modified Community Correctional Facility (MCCF) in McFarland, California, located in Kern County. The complaint alleges that defendants J. Marshal and C. Resendez, employed by the California Department of Corrections and Rehabilitation ("CDCR") as correctional counselors at MCCF, denied Wilson's request to correspond

1 with his girlfriend, Nickerson, who is incarcerated at the California Institution for Women, in Chino,
2 California, located in Riverside County.

3       Although both Wilson's and Nickerson's names were written in the fields for the plaintiff's name
4 on the front of the complaint, there is no other indication in the complaint that Nickerson is a plaintiff
5 in this action. The complaint alleges that defendants violated Wilson's constitutional rights when they
6 denied his request to correspond with Nickerson. All of the events at issue in the complaint allegedly
7 occurred at MCCF in 2009, while Wilson was incarcerated there. The defendants are both correctional
8 counselors at MCCF. None of the allegations in the complaint concern actions taken by defendants
9 against Nickerson. In the body of the complaint, Nickerson is only referred to as Wilson's girfriend, to
10 whom he wishes to correspond. Only Wilson signed the complaint. Nickerson did not sign the
11 complaint or any other case document. Clearly, the evidence shows there is only one plaintiff, Robert
12 Lawrence Wilson, in this action.

13       Based on the foregoing, the Clerk of Court IS HEREBY ORDERED to correct the court's docket
14 to reflect only one plaintiff in this action, Robert Lawrence Wilson.

15 IT IS SO ORDERED.

16 **Dated:   September 21, 2009**              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE