1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   ROBERT LAWRENCE WILSON,                    1:09-cv-01577 SMS (PC)

8              Plaintiffs,                       ORDER FOR PLAINTIFF TO SUBMIT
                                                APPLICATION TO PROCEED IN FORMA
9        vs.                                    PAUPERIS OR PAY FILING FEE WITHIN 45
                                                DAYS
10  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND REHABILITATION,
11  et al.,

12             Defendants.

13  _____/

14          Plaintiff, Robert Lawrence Wilson ("Plaintiff"), is a prisoner proceeding pro se in this civil

15  rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted

16  an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

17          Accordingly, IT IS HEREBY ORDERED that:

18          Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

19  attached application to proceed in forma pauperis (attached), completed and signed, or in the

20  alternative, pay the $350.00 filing fee for this action.  **No requests for extension will be granted**

21  **without a showing of good cause**.  Within sixty (60) days of the date of service of this order,

22  Plaintiff shall submit a certified copy of his prison trust statement for the six month period

23  immediately preceding the filing of the complaint.

24          **Failure to comply with this order will result in a recommendation that this action be**

25  **dismissed.**

26  IT IS SO ORDERED.

27  **Dated:    September 22, 2009                    /s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
28